```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                  CASE NO. 08 B 05978
  THEODOSO GALLOAN REYNA
                                        CHAPTER 13

                                        JUDGE: JOHN H SQUIRES
        Debtor
  SSN XXX-XX-6518


---------------------------------------------------------------------------
            TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 03/13/08 .

    2.  The case was dismissed without confirmation, 06/06/2008.
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CHASE AUTOMOTIVE FINANCE | SECURED VEHIC | .00 | .00 | .00 |
| ACCOUNT RECOVERY SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| ARMOR SYSTEMS CORP | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CERTIFIED SERVICES INC | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF WEST CHICAGO | UNSECURED | NOT FILED | .00 | .00 |
| COLLEGE OF LAKE COUNTY | UNSECURED | NOT FILED | .00 | .00 |
| COOPERATIVE CREDIT UNION | UNSECURED | NOT FILED | .00 | .00 |
| CONDELL ACUTE CARE | UNSECURED | NOT FILED | .00 | .00 |
| DUPAGE AIRPORT AUTHORITY | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| JJ MARSHALL | UNSECURED | NOT FILED | .00 | .00 |
| MIDLAND CREDIT MGMT | UNSECURED | NOT FILED | .00 | .00 |
| MIDLAND CREDIT MGMT | UNSECURED | NOT FILED | .00 | .00 |
| NATIONAL CITY BANK | UNSECURED | NOT FILED | .00 | .00 |
| SENEX SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| SPIEGEL | UNSECURED | NOT FILED | .00 | .00 |
| SURTECH | UNSECURED | NOT FILED | .00 | .00 |
| TRIAD FINANCIAL CORP | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| US CELLULAR | UNSECURED | NOT FILED | .00 | .00 |

```
        Summary of disbursements:
---------------------------------------------------------------------------
                    SECURED    PRIORITY   UNSECURED    OTHER       TOTAL
---------------------------------------------------------------------------
TOTAL CLMS ALLOWED     .00        .00        .00        .00         .00
PRINCIPAL PAID         .00        .00        .00        .00         .00
INTEREST PAID          .00        .00        .00        .00         .00
TOTAL PAID             .00        .00        .00        .00         .00
The Debtor's attorney, MICHELOTTI & ASSOCIATES LTD   , was allowed $      .00
and was paid $       .00 .
```

The Trustee received $        .00 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 09/10/08                      /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE